

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00762-CR

Burnette Anthony **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 498981
Honorable Tommy Stolhandske, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  January 4, 2017

APPEAL DISMISSED

On December 20, 2016, the Bexar County Clerk filed a supplemental clerk's record that contained copies of (1) appellant's Motion to Withdraw Notice of Appeal filed in the trial court and (2) the trial court's order granting the motion. The Texas Rules of Appellate Procedure require that, if an appellant wishes to withdraw her appeal "[a]t any time before the appellate court's decision, . . . [t]he appellant and . . . her attorney must sign the written motion to dismiss and file it in duplicate *with the appellate clerk*, who must immediately send the duplicate copy to the trial court clerk." TEX. R. APP. P. 42.2(a) (emphasis added). Appellant's attorney did not file the

motion with this court.  Nevertheless, because the motion is signed by both appellant and her attorney, we will treat the motion as having been filed in this court.

We grant the motion and dismiss the appeal.

PER CURIAM

Do not publish